UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 8:16–cv–02282–JVS–KES | Date 5/19/2017 |
| Title JI CHANG SON ET AL V. TESLA MOTORS, INC. | |

Present: The Honorable James V. Selna, U. S. District Judge

| Karla Tunis | Debbie Hino–Spaan |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| David Wright | Penelope Preovolos |
| Tuan Nguyen | Sean Gates |

**Proceedings:** Defendant's Motion to Dismiss and/or Strike

    Cause called and counsel make their appearances. The Courts tentative ruling is issued. Counsel make their arguments. The Court takes the above referenced motion under submission.

:25

Initials of Preparer: kt