UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 8:16–cv–02282–JVS–KES | Date May 19, 2017 |
| Title JI CHANG SON ET AL V. TESLA MOTORS, INC. | |

Present: The Honorable  James V. Selna , U. S. District Judge

Karla Tunis
Deputy Clerk

Debbie Hino–Spaan
Court Reporter/Recorder

Attorney(s) Present for Plaintiff(s):
David Wright
Tuan Nguyen

Attorney(s) Present for Defendant(s):
Penelope Preovolos
Sean Gates

**Proceedings:** **Scheduling Conference**

    Cause called and counsel make their appearances. The Court and counsel confer The Court sets the case management dates with the agreement of counsel as follows: Jury Trial – November 6, 2018 at 8:30 a.m. and Final PreTrial Conference – October 22, 2018 at 11:00 a.m.

    The Court directs counsel to meet, confer and submit, within two (2) weeks, a stipulation and proposed order setting forth the remainder of the case management dates as referenced on Exhibit A of the Courts Order Setting Scheduling Conference.

    Counsel inform the Court that their selection for a settlement procedure pursuant to Local Rule 16–15 is private mediation. The Court orders that any settlement discussions shall be completed not later than June 15, 2018. Counsel shall file a Joint Report regarding outcome of settlement discussions, the likelihood of possible further discussions and any help the Court may provide with regard to settlement negotiations not later than seven (7) days after the settlement conference.