1  RICHARD D. MCCUNE, State Bar No. 132124
   rdm@mccunewright.com
2  DAVID C. WRIGHT, State Bar No. 177468
   dcw@mccunewright.com
3  MCCUNE WRIGHT AREVALO, LLP
   3281 E. Guasti Road, Suite 100
4  Ontario, California 91761
   Telephone: (909) 557-1250
5  Facsimile: (909) 557-1275

6  Attorneys for Plaintiffs JI CHANG SON, GHODRAT
   KHANSARI, MADHUSUDHANA SHASTRULA,
7  ALI JARRAHI, and MICHAEL TOMKO, individually
   and on behalf of the Putative Class, and
8  Plaintiff K.M.S., a minor by and through his
   *Guardian ad Litem* YUN SOO OH
9
   PENELOPE A. PREVOLOS, State Bar No. 87607
10 PPrevolos@mofo.com
   DANIEL JAMES WILSON, State Bar No. 299239
11 DWilson@mofo.com
   MORRISON & FOERSTER LLP
12 425 Market Street
   San Francisco, California 94105-2482
13 Telephone: 415.268.7000

14 Attorneys for Defendant TESLA, INC.

15 *[LIST OF ADDITIONAL COUNSEL ON BELOW CAPTION]*

16

17                    UNITED STATES DISTRICT COURT

18              FOR THE CENTRAL DISTRICT OF CALIFORNIA

19

20 JI CHANG SON, GHODRAT                 Case No.: 8:16-cv-02282-JVS-KESx
   KHANSARI, MADHUSUDHANA
21 SHASTRULA, ALI JARRAHI, and           Judge Assigned: Hon. James V. Selna
   MICHAEL TOMKO individually and on     Complaint filed: December 30, 2016
22 behalf of all others similarly situated, and
   K.M.S., a minor by and through his    **SUPPLEMENTAL JOINT PROPOSED**
23 *Guardian ad Litem* YUN SOO OH,        **PRETRIAL DATES**

24            Plaintiffs,

25        v.

26 TESLA, INC.,

27            Defendant.

28

                                    1

Supplemental Joint Proposed Pretrial Dates
Case No.: 8:16-cv-02282-JVS-KESx

BENEDICT O. KWON, State Bar No. 219052
bkwon@sycr.com
STEPHEN L. RAM, State Bar No. 240769
sram@sycr.com
STRADLING YOCCA CARLSON & RAUTH, P.C.
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone:  (949) 725-4000
Facsimile:  (949) 725-4100

Attorneys for Plaintiffs JI CHANG SON, GHODRAT
KHANSARI, MADHUSUDHANA SHASTRULA,
ALI JARRAHI, and MICHAEL TOMKO, individually
and on behalf of the Putative Class, and
Plaintiff K.M.S., a minor by and through his
*Guardian ad Litem* YUN SOO OH

KIMBERLY R. GOSLING, State Bar No. 247803
KGosling@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100

SEAN GATES (CA SBN 186247)
SGates@charislex.com
CHARIS LEX, P.C.
16 N. Marengo Avenue, Suite 300
Pasadena, California 91101
Telephone: 626.508.1717

Attorneys for Defendant TESLA, INC.

Supplemental Joint Proposed Pretrial Dates
Case No.:  8:16-cv-02282-JVS-KESx

1       Plaintiffs Ji Chang Son, Ghodrat Khansari, Madhusudhana Shastrula, Ali Jarrahi,

2 and Michael Tomko, individually and on behalf of the Putative Class, and Plaintiff

3 K.M.S., a minor by and through his Guardian ad Litem Yun Soo Oh, and Defendant

4 Tesla, Inc., hereby submit their joint proposed pretrial dates, attached hereto as Exhibit 1,

5 pursuant to the Court's order following the Rule 26 Scheduling conference.

6 Dated: June 2, 2017                 Respectfully submitted,

7                           By:   */s/ David C. Wright*
8                                David C. Wright
                               MCCUNE WRIGHT AREVALO, LLP
9                                Attorneys for Plaintiffs
                               JI CHANG SON, GHODRAT KHANSARI,
10                                MADHUSUDHANA SHASTRULA, ALI
                               JARRAHI, and MICHAEL TOMKO,
11                                individually and on behalf of the Putative
                               Class, and Plaintiff K.M.S., a minor by and
12                                through his *Guardian ad Litem* YUN SOO
                               OH

13

14 Dated: June 2, 2017                 Respectfully submitted,

15                           By:   */s/ Sean Gates*
16                                SEAN GATES
                               CHARIS LEX, P.C.
17                                Attorneys for Defendant
                               TESLA, INC.

18

19

20

21

22

23

24

25

26

27

28

Supplemental Joint Proposed Pretrial Dates
Case No.:  8:16-cv-02282-JVS-KESx