1   PENELOPE A. PREOVOLOS, State Bar No. 87607
    PPreovolos@mofo.com
2   MORRISON & FOERSTER LLP
    425 Market Street
3   San Francisco, California  94105-2482
    Telephone: 415.268.7000
4   Facsimile:  415.268.7522

5   BRIAN L. HAZEN, State Bar No. 309212
    BHazen@mofo.com
6   MORRISON & FOERSTER LLP
    12531 High Bluff Drive, Suite 100
7   San Diego, California 92130-2040
    Telephone:  858.720.5100
8   Facsimile:   858.720.5125

9   SEAN GATES, State Bar No. 186247
    SGates@charislex.com
10  CHARIS LEX, P.C.
    16 N. Morengo Avenue, Suite 300
11  Pasadena, California 91101
    Telephone:  626.508.1717
12  Facsimile:   626.508.1730

13  Attorneys for Defendant
    TESLA, INC.
14

15              UNITED STATES DISTRICT COURT

16             CENTRAL DISTRICT OF CALIFORNIA

17  JI CHANG SON et al.,                    Case No. 8:16-cv-02282-JVS (KESx)

18              Plaintiffs,                  **JOINT STIPULATION AND**
                                             **[PROPOSED] ORDER TO**
19       v.                                  **CONTINUE CASE**
                                             **MANAGEMENT CONFERENCE**
20  TESLA MOTORS, INC.,

21              Defendant.                   Judge:  Honorable James V. Selna

22

23

24

25

26

27

28

Plaintiff Ji Chang Son and Plaintiff K.M.S., a minor by and through his *Guardian ad Litem* Yun Soo Oh and Defendant Tesla, Inc. ("Defendant"), through their undersigned counsel, hereby stipulate as follows:

Pursuant to the parties' stipulation, on November 14, 2018, the Court continued the case management conference previously set for November 19, 2018, at 8:00 a.m., to January 14, 2019, at 8:00 a.m. (Dkt. No. 75.)

On November 19, 2018, the parties stipulated to the dismissal of the individual claims of Plaintiffs Ghodrat Khansari, Madhusudhana Shastrula, Ali Jarrahi, Michael Tomko, and Bridgette Waldemar with prejudice and to the dismissal of the claims of the putative class without prejudice. (Dkt. No. 76.)

On December 20, 2018, the parties stipulated to the dismissal of the individual claims of Plaintiff Kenneth Helman with prejudice and to the dismissal of the claims of the putative class without prejudice. (Dkt. No. 78.)

On January 7, 2019, the Court granted the parties' joint stipulation for leave to file a Third Amended Complaint, which Plaintiff Ji Chang Son and Plaintiff K.M.S., a minor by and through his *Guardian ad Litem* Yun Soo Oh filed that same day. (Dkt. Nos. 79, 80.)

Given the dismissals of the individual claims of six of the plaintiffs, the dismissal of the claims of the putative class, and the filing of the Third Amended Complaint, the parties believe that a Rule 26(f) Scheduling Conference will facilitate the progress of this matter.

THEREFORE, subject to the approval of the Court, the parties stipulate as follows:

1.  The case management conference set for January 14, 2019 at 8:00 a.m. be continued to January 28, 2019 at 8:00 a.m., at which time the Court will hold a Rule 26(f) Scheduling Conference.

2.  The parties shall submit a Rule 26(f) Joint Report by January 22, 2019.

1    IT IS SO STIPULATED.

2

3    Dated:  January 10, 2019                    CHARIS LEX P.C.

4
                                                 By:  /s/ *Sean Gates*
5                                                     Sean Gates

6                                                     Attorneys for Defendant
                                                      TESLA, INC.
7

8

9    Dated:  January 10, 2019                    LAW OFFICES OF YOHAN LEE

10
                                                 By:  /s/ *Jake Y. Jung*
11                                                    Jake Y. Jung

12                                                    Attorneys for Plaintiff
                                                      JI CHANG SON and
13                                                    Plaintiff K.M.S., a minor by and
                                                      through his
14                                                    *Guardian ad Litem* YUN SOO OH.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **ECF ATTESTATION**

2      I, Sean Gates, am the ECF user whose ID and password are being used to file

3  this **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE**

4  **CASE MANAGEMENT CONFERENCE**.  In accordance with Civil Local Rule

5  5-4.3.4, concurrence in and authorization of the filing of this document has been

6  obtained from Jake Jung, counsel for JI CHANG SON and Plaintiff K.M.S., a

7  minor by and through his Guardian ad Litem YUN SOO OH, , and I shall maintain

8  records to support this concurrence for subsequent production for the Court if so

9  ordered or for inspection upon request by a party.

10

11  Dated: January 10, 2019        CHARIS LEX P.C.

12

13                   By: _____ */s/ Sean Gates*_____

14                           Sean Gates

15

16

17

18

19

20

21

22

23

24

25

26

27

28