1  CHONG ROH (SBN 242437)
   croh@yleelaw.com
2  JAKE Y. JUNG (SBN 297686)
   jakejung@yleelaw.com
3  LAW OFFICES OF YOHAN LEE, A.P.C.
   5681 Beach Boulevard, Suite 200
4  Buena Park, California 90621
   Telephone:  (714) 523-2700
5  Facsimile:  (714) 523-7100

6

   Attorneys for Plaintiffs JI CHANG SON and
7  Plaintiff K.M.S., a minor by and through his
   *Guardian ad Litem* YUN SOO OH
8

9
                    UNITED STATES DISTRICT COURT
10
           FOR THE CENTRAL DISTRICT OF CALIFORNIA
11

12
   JI CHANG SON, GHODRAT                  )  Case No.:  8:16-cv-02282-JVS-KES
13 KHANSARI, MADHUSUDHANA                 )
   SHASTRULA, ALI JARRAHI,                )  Judge Assigned:  Hon. James V. Selna
14 MICHAEL TOMKO, KENNETH                 )  Complaint filed: December 30, 2016
   HELMAN, and BRIDGETTE                  )
15 WALDEMAR, individually and on behalf   )
   of all others similarly situated, and K.M.S., )
16 a minor by and through his *Guardian ad* )  **STIPULATION OF DISMISSAL OF**
   *Litem* YUN SOO OH,                    )  **CLAIMS OF PLAINTIFFS JI CHANG**
17                                        )  **SON AND K.M.S. PURSUANT TO**
              Plaintiffs,                 )  **FEDERAL RULES OF CIVIL**
18                                        )  **PROCEDURE, RULE 41(a)(1)(A)(ii)**
        v.                               )
19                                        )
   TESLA, INC.,                          )
20                                        )
              Defendant.                  )
21                                        )
                                          )
22                                        )
                                          )
23                                        )
                                          )
24                                        )
                                          )
25                                        )
                                          )
26                                        )
                                          )
27                                        )
                                          )
28 _____)

                                 1

   STIPULATION OF DISMISSAL
   Case No.:  8:16-cv-02282-JVS-KES

1   Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), IT IS

2   STIPULATED by and between Plaintiffs Ji Chang Son and K.M.S., a minor by and

3   through his *Guardian ad Litem* Yun Soo Oh ("Plaintiffs") and Defendant Tesla, Inc.

4   ("Defendant"), through their undersigned counsel, that the claims and causes of action of

5   Plaintiffs shall be dismissed *with prejudice* and each party to bear his/her/its own

6   attorneys' fees and costs.

7

8   IT IS SO STIPULATED.

9

10

11

12   Dated:  June 17, 2019                          LAW OFFICES OF YOHAN LEE

13

14                                                  By: */s/ Jake Y. Jung*
                                                        Jake Y. Jung
15

16                                                      Attorneys for Plaintiff
                                                        JI CHANG SON and
17                                                      Plaintiff K.M.S., a minor by and
                                                        through his
18                                                      *Guardian ad Litem* YUN SOO OH

19

20

21                                                  CHARIS LEX, P.C.

22   Dated:  June 17, 2019

23                                                  By: */s/ Sean Gates*
                                                        Sean Gates
24

25                                                      Attorney for Defendant
                                                        TESLA, INC.
26

27

28

2

STIPULATION OF DISMISSAL
Case No.:  8:16-cv-02282-JVS-KES

1

## <u>CERTIFICATE OF SERVICE</u>

2

3

  I hereby certify that I electronically filed the foregoing with the Clerk of the Court

4 using the CM/ECF system which will send notification of such filing to the Electronic

5 Service List for this Case.

6 Respectfully submitted,

7

8 Dated: June 17, 2019       By: */s/Jake Y. Jung*

9               Jake Y. Jung

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL
Case No.:  8:16-cv-02282-JVS-KES